IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | : : : | |
| Plaintiff, | : : | |
| and | : : | CIVIL ACTION NO. 2:08-CV-00106-WCO-SSC |
| TAMMY STRATTON, | : : : | |
| Intervenor-Plaintiff, | : : | |
| v. | : : | |
| SLEEVECO, INC. | : : | |
| Defendant. | : | |

## ORDER

On February 8, 2010, the parties participated in this Court's mediation program and subsequently announced that they had reached a settlement. By Order entered February 11, 2010 [see Doc. 244], the Court ordered that this action be dismissed without prejudice and gave the parties the option to file a consent judgment dismissing the case upon consummation of the settlement. The parties filed a Consent Decree [see Doc. 245] on February 25, 2010.

It is hereby **ORDERED** that the Consent Decree [Doc. 245] is approved and this case is **dismissed, with prejudice**.

**IT IS SO ORDERED** this 2nd day of March, 2010.

*Susan S. Cole*
SUSAN S. COLE
United States Magistrate Judge